**SMITH KRIVOSHEY, PLLC**
Yeremey O. Krivoshey (State Bar No. 295032)
E-Mail: yeremey@skclassactions.com
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000

**SMITH KRIVOSHEY, PLLC**
Joel D. Smith (State Bar No. 244902)
E-Mail: joel@skclassactions.com
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KYLE RASHLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUOTELAB, LLC d/b/a MEDIA ALPHA, a Delaware and California limited liability company,<br><br>Defendant. | Case No. 2:25-cv-05596-RGK-BFM<br><br>**NOTICE OF SETTLEMENT**<br><br>JUDGE: HON. R. GARY KLAUSNER |

NOTICE OF SETTLEMENT
CASE NO. 2:25-CV-05596-RGK-BFM

PLEASE TAKE NOTICE that the above-captioned matter has been settled in principle by and between the parties. The parties are working diligently to finalize the terms of the settlement and prepare the appropriate documentation. Plaintiff and Defendant respectfully request a 45-day stay of all deadlines and that all pending motions or hearings be taken off the calendar. The parties anticipate filing a stipulation of dismissal before the expiration of the 45-day stay.

Dated:  September 2, 2025            Respectfully submitted,

                                      /s/   Joel D. Smith

**SMITH KRIVOSHEY, PC**
Joel D. Smith (SBN. 244902)
867 Boylston Street,
5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (SBN 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

*Attorneys for Plaintiff*

---

NOTICE OF SETTLEMENT
CASE NO. 2:25-cv-05596-RGK-BFM            1

Dated: September 2, 2025

Respectfully submitted,

  /s/ William A. Delgado (w/ permission)

**DTO LAW**
William A. Delgado (SBN 222666)
wdelgado@dtolaw.com
915 Wilshire Boulevard, Suite 1950
Los Angeles, California 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

*Attorneys for Defendant QUOTELAB, LLC d/b/a MEDIA ALPHA*

NOTICE OF SETTLEMENT
CASE NO. 2:25-CV-05596-RGK-BFM     2