**SMITH KRIVOSHEY, PLLC**
Yeremey O. Krivoshey (State Bar No. 295032)
E-Mail: yeremey@skclassactions.com
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000

**SMITH KRIVOSHEY, PLLC**
Joel D. Smith (State Bar No. 244902)
E-Mail: joel@skclassactions.com
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KYLE RASHLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUOTELAB, LLC d/b/a MEDIA ALPHA, a Delaware and California limited liability company,<br><br>Defendant. | Case No. 2:25-cv-05596-RGK-BFM<br><br>**STIPULATION OF DISMISSAL**<br><br>JUDGE: HON. R. GARY KLAUSNER |

STIPULATION OF DISMISSAL
CASE NO. 2:25-CV-05596-RGK-BFM

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Kyle Rashley and Defendant QuoteLab, LLC d/b/a Media Alpha, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the individual claims asserted by Plaintiff Kyle Rashley against Defendant QuoteLab, LLC d/b/a Media Alpha are hereby dismissed with prejudice.  The parties will bear their own attorneys' fees and costs.

Dated:  September 15, 2025              Respectfully submitted,

                                                */s/   Joel D. Smith*

**SMITH KRIVOSHEY, PC**
Joel D. Smith (SBN. 244902)
867 Boylston Street,
5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (SBN 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

*Attorneys for Plaintiff*

Dated: September 15, 2025

Respectfully submitted,

 */s/ William A. Delgado (w/ permission)*

**DTO LAW**
William A. Delgado (SBN 222666)
wdelgado@dtolaw.com
915 Wilshire Boulevard, Suite 1950
Los Angeles, California 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

*Attorneys for Defendant QUOTELAB, LLC d/b/a MEDIA ALPHA*